| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: | JAMES ORENSTEIN | DATE: | 11/19/2014 |
| | U.S. MAGISTRATE JUDGE | TIME: | 12:30 p.m. |

*Jeffrey McEarchen et al v. Urban Outfitters, Inc.*
13-CV-3569 (FB) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES: Plaintiffs    Seth R. Lesser

　　　　　　　　Defendant    Thomas Barton, William R. Horwitz

SCHEDULING:

1. A status conference will be held on February 12, 2015, at 9:30 a.m.

2. A pretrial conference will be held on May 7, 2015, at 9:30 a.m.

SUMMARY:

1. The parties will confer as to procedures concerning opt-in plaintiffs who have indicated, in responding to the court-approved notice, that they wish to represent themselves. The plaintiffs' counsel will file on the docket unredacted copies of all responses to the notice.

2. I will enter an amended case management and scheduling order that reflects the deadlines set forth in the parties' joint proposal.

　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JAMES ORENSTEIN
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge