UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JEFFREY MCEARCHEN, DANIEL LAWSON, and THOMAS C. WOLFE, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-against-

URBAN OUTFITTERS, INC.,

Defendant.

-----------------------------------------------------------X

Case No.: 13-cv-3569-FB-JO

## NOTICE OF FILING OF CONSENT FORMS

Pursuant to the Court's instructions and directions at the Status Conference on November 19, 2014 (see ECF Docket No. 131), by this Notice, Plaintiffs' Counsel are hereby filing the original consents of the individuals listed below in their unredacted form as Exhibit A, which consents were previously filed in redacted form.

| | | |
|---|---|---|
| 1. | Samantha | Roberts |
| 2. | Robert | Goodwin |
| 3. | Justin | Klaas |
| 4. | Vanessa Aileene | Smith |
| 5. | Barbi | Rossi |
| 6. | Richard | Buznego |
| 7. | Stephanie | Escobar |

| | | |
|---|---|---|
| 8. | Tamara | Martina |
| 9. | Deborah | Brewer |
| 10. | Emily | Chen |
| 11. | Caroline | Clements |
| 12. | Adam | Friedlander |
| 13. | Shannon | Garrett |
| 14. | Alex | Golubski |
| 15. | Sarah | Kissam |
| 16. | Maria | Lombardi |
| 17. | Kristine | Lovell |
| 18. | Justin | Pietsch |
| 19. | Jay | Richardson |
| 20. | Lauren | Somppi |
| 21. | Christina | Tonian |
| 22. | Sophia | Valdivia |
| 23. | Amanda | Myers |
| 24. | Danielle | Archibee |
| 25. | Kevin | Emerson |
| 26. | Jacquelyn | Johnston |
| 27. | Michelle | Whitaker |
| 28. | Alyssa | Baccicheti |
| 29. | Kyle | Gibson |
| 30. | Nina | Kirkpatrick |
| 31. | Nicole | Simonds |
| 32. | Adrienne | Hart |
| 33. | Sarah | Opatz |
| 34. | Danielle | Lattimore |
| 35. | Justin | Ryan |
| 36. | Lacei | Bixby |
| 37. | Abbey | Blocker |
| 38. | Jeremy | Plante |
| 39. | Chanel | Castaneda |
| 40. | Sydney | Mulholland |
| 41. | Paige | Smith |
| 42. | Nicholas | Arnold |

| | | |
|---|---|---|
| 43. | Thomas | Bower |
| 44. | Andrea | Conrad |
| 45. | Emilia | Howard |
| 46. | Chris | Martin |
| 47. | Fatima | Bayonito |
| 48. | Meghan | Messner |
| 49. | Robyn | Stenner |
| 50. | Michele | Francisco |
| 51. | Erica | Wolf |
| 52. | Sarah | Bronson |
| 53. | Julia | Priore |
| 54. | Jaydee | Devine |
| 55. | Allyson | Awasthi |
| 56. | Brad | Pacheco |
| 57. | Megan | Fraser |
| 58. | Naomi | Ryan |
| 59. | Sarah | Gillmarten |
| 60. | Matthew | Lybarger |
| 61. | Paula | Pokusa |
| 62. | Sean | Reilly |
| 63. | Stephanie | Kor |
| 64. | Rhiannon | Leyba |
| 65. | Jillian | Swain |
| 66. | Michelle | Otero |
| 67. | Lorie Anne | Reyes |
| 68. | Ethan | Moya |
| 69. | Medinilla | Soares |
| 70. | Mandi | Woupes |
| 71. | Ryan | Moore |
| 72. | Laura | Reed |
| 73. | Tyler | Scott |
| 74. | Joshua | Allison |
| 75. | Alyson | Fox |
| 76. | Garrett | McGraw |
| 77. | Savannah | Johnson |

| 78. | Matthew | Schachtebech |
|---|---|---|
| 79. | Gillian | Way |
| 80. | Cole | Higginbotham |
| 81. | Luke | Best |
| 82. | Antonella | Durantine |
| 83. | Britini | Frey |
| 84. | Monica | Garza |
| 85. | Sinat | Giwa |
| 86. | Stephanie | LeoGrande |
| 87. | Jeremy | Majors |
| 88. | Mia | Shurden |
| 89. | Abigail | Taylor |
| 90. | Jennifer | Zito |

Dated: December 1, 2014

By______________________________
Seth R. Lesser

Fran Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Facsimile: (914) 934- 9220

Marc S. Hepworth
Charles Gershbaum
David A. Roth
Mathew A. Parker
HEPWORTH, GERSHBAUM & ROTH, PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801

Shannon Carson

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Justin Mitchell Swartz
Naomi Briana Sunshine
Ossai Miazad
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Susan H. Stern
Gregg I. Shavitz
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

***Attorneys for the Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 1, 2014 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Fran L. Rudich

***Attorneys for the Plaintiffs***

# EXHIBIT A

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

SAMANTHA ROBERTS

Consent Form Number: 1001108

Control Number: 3066617967

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ SAMANTHA ROBERTS ____ 8/24/2014 ______
Signature Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF ________

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

ROBERT GOODWIN

Consent Form Number: 1000468

Control Number: 0046745331

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ ROBERT GOODWIN — Signature

8/26/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

JUSTIN KLAAS

Consent Form Number: 1000681

Control Number: 0253199064

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ JUSTIN KLASS
Signature

8/26/2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200123611

VANESSA SMITH
12069 W. SILVERKING CT.
BOISE, ID 83709

Consent Form Number: 1001237

Control Number: 1318822767

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

VANESSA AILEENE SMITH
Please print your name legibly

[signature]
Signature

August 26, 2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** SMITH

**FIRST NAME (CLAIMANT)** VANESSA AILEENE

**Address Line 1** 12069 W SILVERKING CT

**Address Line 2 (If Applicable)**

**City** BOISE

**State** ID

**Zip** 83709

**Telephone Number (Home)** 208-863-6153

**Telephone Number (Cell)** 208-863-6153

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
VANESSAAILEENESMITH@YAHOO.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200112844

BARBI ROSSI
254 E MARSHALL ST
FERNDALE, MI 48220 2525

THE GARDEN CITY GROUP INC.
AUG 27 2014

Consent Form Number: 1001129

Control Number: 3027029042

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Barbi Rossi [signature] 8/25/14
Please print your name legibly Signature Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): Rossi
FIRST NAME (CLAIMANT): Barbi

Address Line 1: 36981 Greenbush

Address Line 2 (If Applicable):

City: Wayne
State: MI
Zip: 48184

Telephone Number (Home): 312-493-0280
Telephone Number (Cell): 312-493-0280

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
brossi1980@gmail.com

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200016717

RICHARD BUZNEGO
6111 SW 92 COURT
MIAMI, FL 33173

THE GARDEN CITY GROUP, INC.
AUG 28 2014

Consent Form Number: 1000168

Control Number: 0243918996

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Richard Buznego — Please print your name legibly

[signature] — Signature

8/27/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Buznego

**FIRST NAME (CLAIMANT)** Richard

**Address Line 1** 5040 S.W. 69th Avenue

**Address Line 2 (If Applicable)**

**City** Miami **State** FL **Zip** 33155

**Telephone Number (Home)**

**Telephone Number (Cell)** 305-495-1774

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

riictorblackbus@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

THE GARDEN CITY GROUP INC.
AUG 29 2014

UBO0200035147

STEPHANIE ESCOBAR
2121 S. JOSEPHINE STREET
UNIT 6
DENVER, CO 80210

Consent Form Number: 1000352

Control Number: 0017716742

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

STEPHANIE ESCOBAR
Please print your name legibly

[signature]
Signature

8·25·2014·
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SElF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** ESCOBAR

**FIRST NAME (CLAIMANT)** STEPHANIE

**Address Line 1** 2121 S. JOE JOSEPHINE STREET UNIT 6

**Address Line 2 (If Applicable)**

**City** DENVER **State** CO **Zip** 80210

**Telephone Number (Home)** 317-646-4098

**Telephone Number (Cell)** 317-646-4098

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200082774

TAMARA MARTINA
1698 BRIGHTON AVE
# A
GROVER BEACH, CA 93433 1812

Consent Form Number: 1000828

Control Number: 3152027833

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Tamara Martina — Please print your name legibly
T Martina — Signature
08/25/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** MARTINA
**FIRST NAME (CLAIMANT)** TAMARA

**Address Line 1** 1698 BRIGHTON AVE APT. A

**Address Line 2 (If Applicable)**

**City** GROVER BEACH
**State** CA
**Zip** 93433

**Telephone Number (Home)** 805-904-5862
**Telephone Number (Cell)** 805-904-5862

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
TAMARAMARTINA21@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

DEBORAH BREWER

Consent Form Number: 1000134

Control Number: 0005140514

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ DEBORAH BREWER — Signature

9/1/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200021276

EMILY CHEN
316 HIMROD STREET
#410
BROOKLYN, NY 11237

Consent Form Number: 1000213

Control Number: 0010832728

The Garden City Group, Inc.
SEP - 2 2014

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

EMILY CHEN — Please print your name legibly

Emily Chen — Signature

08.26.14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** CHEN

**FIRST NAME (CLAIMANT)** EMILY

**Address Line 1** 316 HIMROD ST #410

**Address Line 2 (If Applicable)**

**City** BROOKLYN **State** NY **Zip** 11237

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 402-540-7246

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

EMOLEECHEN@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200022828

CAROLINE CLEMENTS
11336 HUSTON ST
N HOLLYWOOD, CA 91601 4412

The Garden City Group, Inc.
SEP - 2 2014

Consent Form Number: 1000229

Control Number: 0292313354

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Caroline Clements
Please print your name legibly

[signature]
Signature

8/26/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** CLEMENTS

**FIRST NAME (CLAIMANT)** CAROLINE

**Address Line 1** 11336 HUSTON STREET

**Address Line 2 (If Applicable)**

**City** N HOLLYWOOD **State** CA **Zip** 91601

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 781-267-4064

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

carolineclements54@gmail.com

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200043683

SHANNON GARRETT
68 HART STREET
APT 3
BROOKLYN, NY 11206

Consent Form Number: 1000437

Control Number: 0847131421

The Garden City Group, Inc.
SEP - 2 2014

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below:

Shannon Garrett
Please print your name legibly

[signature]
Signature

8/28/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: Garrett
**FIRST NAME (CLAIMANT)**: Shannon

**Address Line 1**: 68 Hart St.

**Address Line 2 (If Applicable)**: Apt 3

**City**: Brooklyn
**State**: NY
**Zip**: 11206

**Telephone Number (Home)**: — - -
**Telephone Number (Cell)**: 803-493-7216

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): shannonmackmack@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200076275

MARIA LOMBARDI
18 POWERS STREET
DEDHAM, MA 02026

The Garden City Group, Inc.
SEP - 2 2014

Consent Form Number: 1000763

Control Number: 0002611344

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Maria Lombardi — Please print your name legibly

[signature] — Signature

8/26/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: Lombardi
**FIRST NAME (CLAIMANT)**: Maria

**Address Line 1**: 18 Powers Streer

**Address Line 2 (If Applicable)**:

**City**: Dedham
**State**: MA
**Zip**: 02026

**Telephone Number (Home)**: 781-320-8564
**Telephone Number (Cell)**: 617-894-0957

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
m.lombardi6293@gmail.com

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

JUSTIN PIETSCH

Consent Form Number: 1001034

Control Number: 0311446971

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ JUSTIN PIETSCH — Signature

9/2/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200109255

JAY RICHARDSON
3359 BRYAN AVENUE
SIMI VALLEY, CA 93063

Consent Form Number: 1001093

Control Number: 1380012396

The Garden City Group, Inc. SEP - 2 2014

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Jay Richardson — Please print your name legibly

[signature] — Signature

8/27/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Richardson

**FIRST NAME (CLAIMANT)** Jay

**Address Line 1** 3359 Bryan Ave

**Address Line 2 (If Applicable)**

**City** Simi Valley **State** CA **Zip** 93063

**Telephone Number (Home)** 805-551-0365

**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

crushedbyasterero@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200124387

LAUREN SOMPPI
688 MORRO STREET
SAN LUIS OBISPO, CA 93401

Consent Form Number: 1001244

Control Number: 3002227470

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Lauren Somppi — Please print your name legibly

[signature] — Signature

8/25/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** SOMPPI

**FIRST NAME (CLAIMANT)** LAUREN

**Address Line 1** 688 MORRO STREET

**Address Line 2 (If Applicable)**

**City** SAN LUIS OBISPO **State** CA **Zip** 93401

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 805-704-9137

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

lauren.somppi@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200077827

KRISTINE LOVELL
6044 CHAMPIONS CREST
CHARLOTTE, NC 28269

Consent Form Number: 1000779

Control Number: 1239525463

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Kristine Lovell — Please print your name legibly

[signature] — Signature

08/28/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): Lovell

FIRST NAME (CLAIMANT): Kristine

Address Line 1: 6044 Champions Crest Drive

Address Line 2 (If Applicable):

City: Charlotte

State: NC

Zip: 28269

Telephone Number (Home): - -

Telephone Number (Cell): 912-508-1064

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): KnLovell88@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200045817

ALEX GOLUBSKI
2234 CROSS CREEK CT
SOUTH BEND, IN 46628

The Garden City Group, Inc.
SEP - 2 2014

Consent Form Number: 1000459

Control Number: 1864728938

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| Alex Golubski | [signature] | 8-28-14 |
|---|---|---|
| Please print your name legibly | Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): GOLUBSKI
FIRST NAME (CLAIMANT): ALEX

Address Line 1: 2234 CROSS CREEK CT

Address Line 2 (If Applicable):

City: SOUTH BEND
State: IN
Zip: 46628

Telephone Number (Home): 574-292-2393
Telephone Number (Cell): - -

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

AMgolubski@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200133311

CHRISTINA TONIAN
178 BROAD ST
APT D
CHARLESTON, SC 29401 2455

Consent Form Number: 1001334

Control Number: 0018354169

The Garden City Group, Inc.
SEP - 2 2014

CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Christina Tonian — Please print your name legibly
[Signature] — Signature
8/23/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): TONIAN
FIRST NAME (CLAIMANT): CHRISTINA

Address Line 1: 178 BROAD ST

Address Line 2 (If Applicable): APT D

City: CHARLESTON
State: SC
Zip: 29401

Telephone Number (Home): 214-680-7385
Telephone Number (Cell): 214-680-7385

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): ctonian@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200003331

DANIELLE ARCHIBEE
1035 SANDERS STREET
APT 217
INDIANAPOLIS, IN 46203

THE GARDEN CITY GROUP, INC.
SEP - 5 2014

Consent Form Number: 1000034

Control Number: 1272910325

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

DANIELLE ARCHIBEE
Please print your name legibly

[signature]
Signature

AUGUST 29 2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): ARCHIBEE
FIRST NAME (CLAIMANT): DANIELLE

Address Line 1: 1035 SANDERS STREET

Address Line 2 (If Applicable): APT 217

City: INDIANAPOLIS
State: IN
Zip: 46203

Telephone Number (Home): - -

Telephone Number (Cell): 317-443-6410

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

DANO.ARCHIBEE@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200034953

KEVIN EMERSON
92 LYNNWOOD LN
WORCESTER, MA 01609 1119

THE GARDEN CITY GROUP, INC.
SEP - 5 2014

Consent Form Number: 1000350

Control Number: 0250476439

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Kevin M Emerson — Please print your name legibly

[Signature] — Signature

8-28-14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** EMERSON

**FIRST NAME (CLAIMANT)** KEVIN

**Address Line 1** 18 Dick Drive

**Address Line 2 (If Applicable)**

**City** Worcester **State** MA **Zip** 01609

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 413-328-0640

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

chipemerson@outlook.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200062404

JACQUELYN JOHNSTON
10840 KELL AVE S.
BLOOMINGTON, MN 55437

THE GARDEN CITY GROUP, INC.
SEP - 5 2014

Consent Form Number: 1000625

Control Number: 0304921137

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Jacquelyn Johnston
Please print your name legibly

Signature

8/30/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** JOHNSTON

**FIRST NAME (CLAIMANT)** JACQUELYN

**Address Line 1** 10840 KELL AVENUE SOUTH

**Address Line 2 (If Applicable)**

**City** BLOOMINGTON **State** MN **Zip** 55437

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 612-817-2798

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

JACKIECHAN@217@HOTMAIL.COM

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200094123

AMANDA MYERS
311 JOPPA CROSSING COURT
JOPPA, MD 21085

Consent Form Number: 1000942

Control Number: 0008235916

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Amanda Myers — Please print your name legibly

[signature] — Signature

9/1/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: MYERS

**FIRST NAME (CLAIMANT)**: AMANDA

**Address Line 1**: 9817 GUNFORGE ROAD

**Address Line 2 (If Applicable)**:

**City**: PERRY HALL **State**: MD **Zip**: 21128

**Telephone Number (Home)**: - -

**Telephone Number (Cell)**: 410-322-9767

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): MANDAJANEM@GMAIL.COM

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200141847

MICHELLE WHITAKER
85 BEECKMAN AVE
CRANSTON, RI 02920 4444

Consent Form Number: 1001419

Control Number: 2481824628

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| Michelle Whitaker | [signature] | 8-27-2014 |
|---|---|---|
| Please print your name legibly | Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self -maiden last name - Langlois

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** WHITAKER

**FIRST NAME (CLAIMANT)** MICHELLE

**Address Line 1** 85 BEECKMAN AVE

**Address Line 2 (If Applicable)**

**City** CRANSTON **State** RI **Zip** 02920

**Telephone Number (Home)** 401-463-7422

**Telephone Number (Cell)** 714-917-7146

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200067836

NINA KIRKPATRICK
710 MARIGNY ST
NEW ORLEANS, LA 70117 8524

THE GARDEN CITY GROUP INC.
SEP 8 2014

Consent Form Number: 1000679

Control Number: 2249125700

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

NINA KIRKPATRICK — [signature] — 9/4/14

Please print your name legibly — Signature — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** KIRKPATRICK
**FIRST NAME (CLAIMANT)** NINA

**Address Line 1** 537 OCTAVIA STREET

**Address Line 2 (If Applicable)** ~~NEW ORLEANS~~

**City** NEW ORLEANS **State** LA **Zip** 70115

**Telephone Number (Home)** 443-683-5169
**Telephone Number (Cell)** 443-683-5169

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
nina.irene.kirkpatrick@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200121380

NICOLE SIMONDS
5353 BALTIMORE DR
#82
LA MESA, CA 91942

THE GARDEN CITY GROUP INC.
SEP 8 2014

Consent Form Number: 1001214

Control Number: 1818328008

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Nicole Marie Simonds — [signature] — 9/3/14

Please print your name legibly | Signature | Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** SIMONDS
**FIRST NAME (CLAIMANT)** NICOLE

**Address Line 1** 5353 BALTIMORE DRIVE #82

**Address Line 2 (If Applicable)**

**City** LA MESA **State** CA **Zip** 91942

**Telephone Number (Home)** - -
**Telephone Number (Cell)** 760-547-4065

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
NICOLESIMONDSSINMAN@GMAIL.COM



**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200052122

ADRIENNE HART
509 WILLIAM STREET
TRENTON, NJ 08610

Consent Form Number: 1000522

Control Number: 1203331392

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Adrienne Hart
Please print your name legibly

[signature]
Signature

9/2/2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Hart

**FIRST NAME (CLAIMANT)** Adrienne

**Address Line 1** 509 William Street

**Address Line 2 (If Applicable)**

**City** TRENTON **State** NJ **Zip** 08610

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 484-948-5794

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
addy.blank.hart@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200098682

SARAH OPATZ
5303 W PORTAGE AVE
MILWAUKEE, WI 53223 4828

Consent Form Number: 1000987

Control Number: 0444831045

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Sarah Opatz
Please print your name legibly

[signature]
Signature

9/1/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** OPATZ

**FIRST NAME (CLAIMANT)** SARAH

**Address Line 1** 5303 W PORTAGE AVE

**Address Line 2 (If Applicable)**

**City** MILWAUKEE **State** WI **Zip** 53223

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 262-497-7947

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

opatzsarah@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200135445

SOPHIA VALDIVIA
136 CHARLES ST
MOORPARK, CA 93021 1207

Consent Form Number: 1001355

Control Number: 0002492776

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Sophia Valdivia
Please print your name legibly

[signature]
Signature

8/26/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Valdivia
**FIRST NAME (CLAIMANT)** Sophia

**Address Line 1** 136 Charles st

**Address Line 2 (If Applicable)**

**City** Moorpark **State** CA **Zip** 93021

**Telephone Number (Home)** 805-298-2861
**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200011285

ABBEY BLOCKER
111 E FRANKLIN AVE
MINNEAPOLIS, MN 55404

Consent Form Number: 1000113

Control Number: 0308347262

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Abbey Blocker
Please print your name legibly

[signature]
Signature

9.4.14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): Blocker
FIRST NAME (CLAIMANT): ABBEY

Address Line 1: 111 E FRanklin Ave #109

Address Line 2 (If Applicable):

City: Minneapolis
State: MN
Zip: 55404

Telephone Number (Home): 651-334-2500
Telephone Number (Cell): - -

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
blockera318@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200040967

ADAM FRIEDLANDER
4555 SYLMAR AVE
APT 112
SHERMAN OAKS, CA 90046

Consent Form Number: 1000410

Control Number: 0740330560

The Garden City Group, Inc. SEP - 2 2014

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Adam Friedlander — Please print your name legibly

[signature] — Signature

8/22/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** FRIEDLANDER

**FIRST NAME (CLAIMANT)** ADAM

**Address Line 1** 4555 SYLMAR AVE

**Address Line 2 (If Applicable)** APT 112

**City** SHERMAN OAKS **State** CA **Zip** 91423

**Telephone Number (Home)** 818-384-2580

**Telephone Number (Cell)** 818-384-2580

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

afriedlander85@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200004980

ALYSSA BACCICHETI
2730 MISTY OAKS CIRCLE
ROYAL PALM BEACH, FL 33411

THE GARDEN CITY GROUP INC.
SEP 8 2014

Consent Form Number: 1000050

Control Number: 2394928510

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Alyssa Baccicheti — Please print your name legibly
[signature] — Signature
9/3/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):
Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Baccicheti
**FIRST NAME (CLAIMANT)** Alyssa

**Address Line 1** 2730 Misty Oaks Circle

**Address Line 2 (If Applicable)**

**City** Royal Palm Beach **State** FL **Zip** 33411

**Telephone Number (Home)** 561-602-7414
**Telephone Number (Cell)**

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
alyssabacci@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200071910

DANIELLE LATTIMORE
246 HUNTINGTON LANE
EASTON, PA 18040

THE GARDEN CITY GROUP INC.
SEP 9 2014

Consent Form Number: 1000720

Control Number: 0259431988

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Danielle Lattimore — Please print your name legibly

[signature] — Signature

9/3/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): Lattimore

FIRST NAME (CLAIMANT): Danielle

Address Line 1: 246 Huntington Ln

Address Line 2 (If Applicable):

City: Easton

State: PA

Zip: 18040

Telephone Number (Home): 610-570-6609

Telephone Number (Cell): - -

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): daniellebllattimore@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200114590

JUSTIN RYAN
213 CLINTON HEIGHTS AVE
COLUMBUS, OH 43202

Consent Form Number: 1001146

Control Number: 2089927143

THE GARDEN CITY GROUP INC
SEP 11 2014

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Justin Ryan
Please print your name legibly

[signature]
Signature

9/9/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Ryan
**FIRST NAME (CLAIMANT)** Justin

**Address Line 1** 213 Clinton Heights Ave

**Address Line 2 (If Applicable)**

**City** Columbus
**State** OH
**Zip** 43202

**Telephone Number (Home)** 740-405-0261
**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
JustinRyan1014@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200122641

PAIGE SMITH

THE GARDEN CITY GROUP INC.
SEP 18 2014

Consent Form Number: 1001227

Control Number: 0625614806

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| Paige Smith | Paige Smith | 9/14/14 |
|---|---|---|
| Please print your name legibly | Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

| LAST NAME (CLAIMANT) | FIRST NAME (CLAIMANT) |
|---|---|
| SMITH | PaIGE |

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200105375

JULIA PRIORE
1632 N LEAVITT ST.
APT 2
CHICAGO, IL 60647

Consent Form Number: **1001054**

Control Number: **2606127851**

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

JULIA PRIORE
Please print your name legibly

[signature]
Signature

9/22/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** PRIORE
**FIRST NAME (CLAIMANT)** JULIA

**Address Line 1** 1632 N LEAVITT ST

**Address Line 2 (If Applicable)** #2

**City** CHICAGO
**State** IL
**Zip** 60647

**Telephone Number (Home)** 312-375-3410
**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200044847

KYLE GIBSON
2319 N KEDZIE BLVD
APT 2R
CHICAGO, IL 60647 2527

THE GARDEN CITY GROUP INC.
SEP 8 2014

Consent Form Number: **1000449**

Control Number: **0386316571**

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Kyle Gibson
Please print your name legibly

[signature]
Signature

09/02/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Gibson
**FIRST NAME (CLAIMANT)** Kyle

**Address Line 1** 2948 N. Albany

**Address Line 2 (If Applicable)** Apt. 1E

**City** Chicago
**State** IL
**Zip** 60618

**Telephone Number (Home)** 708-305-4572
**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
kylegibson01@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200024671

ANDREA CONRAD
802 18TH ST
SANTA MONICA, CA 90403 1904

THE GARDEN CITY GROUP INC. SEP 19 2014

Consent Form Number: 1000247

Control Number: 3109431070

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Andrea Conrad — Please print your name legibly

[signature] — Signature

8·26·14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** CONRAD

**FIRST NAME (CLAIMANT)** ANDREA

**Address Line 1** 802 18th St

**Address Line 2 (If Applicable)**

**City** Santa Monica **State** CA **Zip** 90403

**Telephone Number (Home)** ___-___-____

**Telephone Number (Cell)** 805-458-0056

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Anakalia1020@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200088691

MEGHAN MESSNER
870 38TH AVE
SAN FRANCISCO, CA 94121

Consent Form Number: 1000887

Control Number: 0108576745

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| Meghan Messner | [signature] | 09.16.14 |
|---|---|---|
| Please print your name legibly | Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Messner

**FIRST NAME (CLAIMANT)** Meghan

**Address Line 1** 870 38th Avenue

**Address Line 2 (If Applicable)**

**City** San Francisco **State** CA **Zip** 94121

**Telephone Number (Home)** 570-778-4179

**Telephone Number (Cell)** 570-778-4179

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

meghan.mmessner@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200003719

NICHOLAS ARNOLD
5901 E 13TH AVE
DENVER, CO 80220 2632

THE GARDEN CITY GROUP, INC.
SEP 19 2014

Consent Form Number: 1000038

Control Number: 1986011464

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Nicholas Myles-Fortino Arnold [signature] 9.16.14

Please print your name legibly — Signature — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Arnold

**FIRST NAME (CLAIMANT)** Nicholas

**Address Line 1** 5901 E 13th Ave

**Address Line 2 (If Applicable)**

**City** Denver **State** CO **Zip** 80220

**Telephone Number (Home)** 248-255-2176

**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

NicholasMFArnold@Gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEachen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(614) 553-1300

UBO

PAULA POKUSA
1513 1/2 WILLO LANE
COSTA MESA, CA 92627

The Garden City Group, Inc.
OCT - 7 2014

Consent Form Number: [illegible]

Control Number: [illegible]

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement, or I have retained separate counsel to represent me in this suit or will represent myself, as indicated below.

Paula Pokusa — Please print your name legibly

[signature] — Signature

10/7/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT

LAST NAME (CLAIMANT): POKUSA

FIRST NAME (CLAIMANT): PAULA

Address Line 1: 1513 1/2 WILLO LANE

Address Line 2 (If Applicable):

City: COSTA MESA

State: CA

Zip: 92627

Telephone Number (Home): 949-554-4154

Telephone Number (Cell):

Email Address: (Email address is not required, but if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

PAULAPOKUSA@YAHOO.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES/MCEACHEN-V-URBAN-OUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4248
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO020C099361

BRAD PACHECO
11763 VILLAGE ARBOR ST
LAS VEGAS, NV 89183

The Garden City Group, Inc.
OCT 5 2014

Consent Form Number: 1000994

Control Number: 0274191982

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained seperate counsel to represent me in the suit or will represent myself, as indicated below.

Brad Pacheco
Please print your name legibly

[signature]
Signature

8/27/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):
Self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): Pacheco
FIRST NAME (CLAIMANT): Brad

Address Line 1: 1202 e Marco polo Rd

Address Line 2 (If Applicable):

City: Phoenix
State: Az
Zip: 85024

Telephone Number (Home): 928 234 1288
Telephone Number (Cell): 928 234 1288

Email Address: (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
bradlypee@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200004689

ALLYSON AWASTHI
6183-2 RIVERWALK LANE
JUPITER, FL 33458

Consent Form Number: 1000047

Control Number: 1238519921

The Garden City Group, Inc. OCT - 4 2014

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Allyson Awasthi — Please print your name legibly

[signature] — Signature

9/29/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** AWASTHI

**FIRST NAME (CLAIMANT)** ALLYSON

**Address Line 1** 343 COUNTRY CLUB DR

**Address Line 2 (If Applicable)**

**City** TEQUESTA **State** FL **Zip** 33469

**Telephone Number (Home)** 561-748-3260

**Telephone Number (Cell)** 561-427-3668

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.) allysonawasthi@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200040094

MEGAN FRASER
2100 CAVANAUGH AVE
ATLANTA, GA 30316

Consent Form Number: 1000401

Control Number: 1539918439

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Megan Fraser — Please print your name legibly

[signature] — Signature

9/27/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Fraser

**FIRST NAME (CLAIMANT)** Megan

**Address Line 1** 2100 Cavanaugh Ave SE

**Address Line 2 (If Applicable)**

**City** Atlanta

**State** GA

**Zip** 30316

**Telephone Number (Home)** ___-___-____

**Telephone Number (Cell)** 585-478-9826

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Frasermegan1986@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200014001

SARAH BRONSON
1902 MARS RUN RD
ESSEX, MD 21221

THE GARDEN CITY GROUP, INC.
SEP 25 2014

Consent Form Number: 1000141

Control Number: 1377620952

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Sarah Bronson — Please print your name legibly

[signature] — Signature

09.19.14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** BRONSON

**FIRST NAME (CLAIMANT)** SARAH

**Address Line 1** 1902 MARS RUN RD

**Address Line 2 (If Applicable)**

**City** ESSEX **State** MD **Zip** 21221

**Telephone Number (Home)** 443-231-8638

**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

BRONSON.SARAH@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200103920

JEREMY PLANTE
1575 BRENTWOOD DR
TROY, MI 48098

THE GARDEN CITY GROUP INC.
SEP 15 2014

Consent Form Number: **1001040**

Control Number: **2942210169**

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Jeremy Plante — Please print your name legibly

[signature] — Signature

9/11/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Plante

**FIRST NAME (CLAIMANT)** Jeremy

**Address Line 1** 2311 E. Jolly Road

**Address Line 2 (If Applicable)** Apt #02

**City** Lansing **State** **Zip**

**Telephone Number (Home)** 248-515-7687

**Telephone Number (Cell)** 248-515-7687

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

plant13d@cmich.edu

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO200093250

SYDNEY MULHOLLAND
5252 S. IRELAND WAY
CENTENNIAL, CO 80015

Consent Form Number: 1000933

Control Number: 0284321872

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Sydney Mulholland
Please print your name legibly

[signature]
Signature

09/12/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** MULHOLLAND

**FIRST NAME (CLAIMANT)** SYDNEY

THE GARDEN CITY GROUP INC. SEP 18 2014

**Address Line 1** 5252 S IRELAND WAY

**Address Line 2 (If Applicable)**

**City** CENTENNIAL

**State** CO

**Zip** 80015

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 720-201-9084

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

syd.mulholland@gmail.com

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200082580

CHRIS MARTIN
7199 SW SAGERT ST
UNIT 103
TUALATIN, OR 97062 8315

Consent Form Number: 1000826

Control Number: 0005347254

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Chris Martin
Please print your name legibly

[signature]
Signature

9/10/15
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** MARTIN

**FIRST NAME (CLAIMANT)** CHRIS

**Address Line 1** 7199 SW SAGERT ST 103

**Address Line 2 (If Applicable)**

**City** TUALATIN **State** OR **Zip** 97062

**Telephone Number (Home)** 503-573-7015 **Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.) CHRIS.MARTIN107@GMAIL.COM

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200079961

MATTHEW LYBARGER
9631 WYMAN WAY
SPRING VALLEY, CA 91977

THE GARDEN CITY GROUP, INC.
OCT - 7 2014

Consent Form Number: 1000800

Control Number: 2724319926

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Matthew LYBARGER
Please print your name legibly

[signature]
Signature

9/22/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: LYBARGER

**FIRST NAME (CLAIMANT)**: MATTHEW

**Address Line 1**: 9631 WYMAN WAY

**Address Line 2 (If Applicable)**:

**City**: SPRING VALLEY

**State**: CA

**Zip**: 91977

**Telephone Number (Home)**: 619-890-3676

**Telephone Number (Cell)**: - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Matthewly17@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200129237

JILLIAN SWAIN
211 FRONT STREET
APT. 3
FIELDSBORO, NJ 08505

Consent Form Number: 1001293

Control Number: 2558023079

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| Jillian Swain | [signature] | 2 Oct 2014 |
|---|---|---|
| Please print your name legibly | Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): Swain
FIRST NAME (CLAIMANT): Jillian

Address Line 1: 211 Front St

Address Line 2 (If Applicable): #3

City: Fieldsboro
State: NJ
Zip: 08505

Telephone Number (Home): - -
Telephone Number (Cell): 609 - 751 - 2079

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): JLSwain88@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

SEAN REILLY
8357 E OAK ST
SCOTTSDALE, AZ 85257

Consent Form Number: 1001882

Control Number: 2344023391

THE GARDEN CITY GROUP, INC
OCT - 8 2014

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Sean Reilly
Please print your name legibly

[signature]
Signature

10/7/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT

LAST NAME (CLAIMANT): Reilly

FIRST NAME (CLAIMANT): Sean

Address Line 1: 8357 E Oak [illegible]

Address Line 2 (if Applicable):

City: Scottsdale

State: AZ

Zip: 85257

Telephone Number (Home):

Telephone Number (Cell): 480-280-9626

Email Address:

QUESTIONS? VISIT WWW.GCGINC.COM/CASES/INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200007017

FATIMA BAYONITO
825 CASANOVA AVE #4
MONTEREY, CA 93940

THE GARDEN CITY GROUP INC.
SEP 20 2014

Consent Form Number: 1000071

Control Number: 0457018628

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

FATIMA R BAYONITO
Please print your name legibly

[signature]
Signature

9-16-2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** BAYONITO
**FIRST NAME (CLAIMANT)** FATIMA

**Address Line 1** 825 CASANOVA AVE

**Address Line 2 (If Applicable)** APT 4

**City** MONTEREY
**State** CA
**Zip** 93940

**Telephone Number (Home)** - -
**Telephone Number (Cell)** 831-521-4880

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
YHMA@HOTMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200074432

RHIANNON LEYBA
9002 CHIMENYWOOD
ROWLETT, TX 75089

THE GARDEN CITY GROUP INC.
OCT 10 2014

Consent Form Number: 1000745

Control Number: 0521027409

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Rhiannon M. Leyba
Please print your name legibly

[signature]
Signature

10-6-14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Leyba

**FIRST NAME (CLAIMANT)** Rhiannon

**Address Line 1** 9002 Chimneywood Dr

**Address Line 2 (If Applicable)**

**City** Rowlett **State** Tx **Zip** 75089

**Telephone Number (Home)** 972-475-8554

**Telephone Number (Cell)** 214-207-7279

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

rhiannon.leyba@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200126521

ROBYN STENNER
1623 W. BELMONT AVE.
APT. J4
CHICAGO, IL 60657

Consent Form Number: 1001266

Control Number: 2533722511

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Robyn M. Stenner — Please print your name legibly

[signature] — Signature

9/16/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** STENNER

**FIRST NAME (CLAIMANT)** ROBYN

**Address Line 1** 1623 W BELMONT AVE APT J4

**Address Line 2 (If Applicable)** ~~CHICAGO~~

**City** CHICAGO **State** IL **Zip** 60657

**Telephone Number (Home)** 773-656-9553

**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

robynstenner@yahoo.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

THOMAS BOWER

Consent Form Number: 1000128

Control Number: 0262484754

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ THOMAS BOWER — Signature

9/19/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200099070

MICHELLE OTERO
28 WALNUT ST
# 2
EVERETT, MA 02149 2349

The Garden City Group, Inc.
OCT 14 2014

Consent Form Number: **1000991**

Control Number: **0181945668**

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Michelle Otero
Please print your name legibly

[signature]
Signature

9/26/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** OTERO

**FIRST NAME (CLAIMANT)** MICHELLE

**Address Line 1** 28 Walnut St

**Address Line 2 (If Applicable)** 2

**City** Everett **State** MA **Zip** 02149

**Telephone Number (Home)** ___-___-____

**Telephone Number (Cell)** ___-___-____

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

MLOTERO516@yahoo.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEachern et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1300

UBO

The Garden City Group, Inc.
OCT 11 2014

STEPHANIE KOR
5243 MAINE AVENUE
LONG BEACH, CA 90806

Consent Form Number: [illegible]

Control Number: [illegible]

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I further hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have specified separate counsel to represent me in this suit or will represent myself, as indicated below.

Stephanie Kor | [signature] | 9/2/14

Please print your name legibly | Signature | Date

Please indicate the name of your Counsel if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

FIRST NAME (CLAIMANT): Stephanie

LAST NAME (CLAIMANT): Kor

Address Line 1: 5243 Maine Ave

Address Line 2 (if Applicable):

City: Long Beach | State: CA | Zip: 90806

Telephone Number (Home): 562 673 1810

Telephone Number (Cell):

[illegible]

Email Address: [illegible] stephdontstop@yahoo.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200019724

CHANEL CASTANEDA
2829 MARTHA AVE.
TORRANCE, CA 90501

THE GARDEN CITY GROUP INC.
SEP 18 2014

Consent Form Number: 1000198

Control Number: 1572924509

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

CHANEL CASTANEDA [signature] SEPTEMBER 12, 2014

Please print your name legibly | Signature | Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** CASTANEDA
**FIRST NAME (CLAIMANT)** CHANEL

**Address Line 1** 2829 MARTHA AVE

**Address Line 2 (If Applicable)**

**City** TORRANCE **State** CA **Zip** 90501

**Telephone Number (Home)** - -

**Telephone Number (Cell)** (310)- 951- 6402

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
littlechanel_c@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200108673

LORIE REYES
2382 BOWERS AVE.
SANTA CLARA, CA 95051

Consent Form Number: 1001087

Control Number: 1767920481

The Garden City Group, Inc. OCT 14 2014

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Lorie Anne Lactaoen Reyes [signature] 10/8/14
Please print your name legibly Signature Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):
self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): REYES
FIRST NAME (CLAIMANT): LORIE ANNE

Address Line 1: 1124 Prague Street

Address Line 2 (If Applicable):

City: San Francisco State: CA Zip: 94112

Telephone Number (Home): - -
Telephone Number (Cell): 408-476-5934

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
loh.ree.belle@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200114396

NAOMI RYAN
823 ARKANSAS STREET
LAWRENCE, KS 66044

Consent Form Number: 1001144

Control Number: 1110513456

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Naomi Ryan — Please print your name legibly

[signature] — Signature

10-5-14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): RYAN

FIRST NAME (CLAIMANT): NAOMI

Address Line 1: 823 ARKANSAS

Address Line 2 (If Applicable):

City: LAWRENCE

State: KS

Zip: 66044

Telephone Number (Home): 785-764-0843

Telephone Number (Cell): 785-764-0843

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim): NOMIMARKS@YAHOO.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200030491

JAYDEE DEVINE
14 WHITMORE PL
APT 23
OAKLAND, CA 94611

Consent Form Number: 1000305

Control Number: 2342412985

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

JAYDEE ANNE DEVINE
Please print your name legibly

[signature]
Signature

9/15
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: DEVINE

**FIRST NAME (CLAIMANT)**: JAYDEE

**Address Line 1**: 14 WHITMORE PLACE APT 23

**Address Line 2 (If Applicable)**:

**City**: OAKLAND **State**: CA **Zip**: 94611

**Telephone Number (Home)**: - -

**Telephone Number (Cell)**: 831-227-0952

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): JAYDEEDEVINE@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

ETHAN MOYA

Consent Form Number: 1000928

Control Number: 2283316742

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ ETHAN MOYA — Signature

10/17/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

RYAN MOORE

Consent Form Number: 1000912

Control Number: 2907717886

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ RYAN MOORE — 10/19/2014
Signature — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200118179

TYLER SCOTT
22030 2ND PL W
BOTHELL, WA 98021

THE GARDEN CITY GROUP, INC.
OCT 20 2014

Consent Form Number: 1001182

Control Number: 1063220030

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

TYLER J SCOTT — Please print your name legibly

[signature] — Signature

10/15/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** SCOTT

**FIRST NAME (CLAIMANT)** TYLER

**Address Line 1** 22030 2ND PL W

**Address Line 2 (If Applicable)**

**City** BOTHELL **State** WA **Zip** 98021

**Telephone Number (Home)** 206-715-3331

**Telephone Number (Cell)** NA/

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

TYLERSCOTT83@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200107606

LAURA REED
5487 EDGECLIFF CIRCLE
THOUSAND OAKS, CA 91362

Consent Form Number: 1001077

Control Number: 0008698550

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Laura Reed
Please print your name legibly

[signature]
Signature

10/16/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** Reed
**FIRST NAME (CLAIMANT)** Laura

**Address Line 1** 5487 Edgecliff Circle

**Address Line 2 (If Applicable)**

**City** Thousand Oaks
**State** CA
**Zip** 91362

**Telephone Number (Home)** 8[illegible] - 874 - 0907
**Telephone Number (Cell)** 818 - 987 - 4044

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
LReed114@yahoo.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO200067933

SARAH KISSAM
2129 LA VETA DR NE
ALBUQUERQUE, NM 87110 5133

Consent Form Number: **1000680**

Control Number: **0029423397**

The Garden City Group, Inc.
SEP - 2 2014

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Sarah Kissam — Please print your name legibly

[signature] — Signature

8/28/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: KISSAM

**FIRST NAME (CLAIMANT)**: SARAH

**Address Line 1**: 2129 LA VETA NE

**Address Line 2 (If Applicable)**:

**City**: ALBUQUERQUE **State**: NM **Zip**: 87110

**Telephone Number (Home)**: - -

**Telephone Number (Cell)**: 505-712-1056

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): SARAH.KISSAM@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200010800

LACEI BIXBY
2800 S SYRACUSE WAY
APT 4-302
DENVER, CO 80231 4292

Consent Form Number: 1000109

Control Number: 1775229725

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

LACEI BIXBY
Please print your name legibly

[signature]
Signature

9/7/2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** BIXBY
**FIRST NAME (CLAIMANT)** LACEI

**Address Line 1** 2800 S SYRACUSE WAY #4-302

**Address Line 2 (If Applicable)**

**City** DENVER
**State** CO
**Zip** 80231

**Telephone Number (Home)** ___-___-____
**Telephone Number (Cell)** 310-617-4365

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
LLBIXBY@YAHOO.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200057360

EMILIA HOWARD
425 NE 30TH ST. APT. 702
MIAMI, FL 33137

Consent Form Number: 1000574

Control Number: 0221767017

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Emilia Howard
Please print your name legibly

Signature

9/9/2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** HoWaRd

**FIRST NAME (CLAIMANT)** EMiLia

**Address Line 1** 415 NE 30th st. Apt. 702

**Address Line 2 (If Applicable)**

**City** Miami **State** FL **Zip** 33137

**Telephone Number (Home)** - -

**Telephone Number (Cell)** 210-667-0194

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

emilia.howard@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200039512

MICHELE FRANCISCO
710 1/2 NORTH CAYUGA ST
ITHACA, NY 14850

THE GARDEN CITY GROUP, INC.
SEP 22 2014

Consent Form Number: 1000396

Control Number: 0026108533

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Michele Francisco
Please print your name legibly

[signature]
Signature

9/18/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): Francisco
FIRST NAME (CLAIMANT): Michele

Address Line 1: 710 1/2 North Cayuga St

Address Line 2 (If Applicable):

City: Ithaca
State: ny
Zip: 14850

Telephone Number (Home): 607 - 229 - 0568
Telephone Number (Cell): 607 - 229 - 0568

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
FRANCISCO lunami@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200143884

ERICA WOLF
23 MONTROSE MANOR CT
APT B
CATONSVILLE, MD 21228 5012

Consent Form Number: 1001439

Control Number: 0189247620

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

ERICA WOLF
Please print your name legibly

Signature

8/31/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** WOLF

**FIRST NAME (CLAIMANT)** ERICA

**Address Line 1** 23 MONTROSE MANOR COURT

**Address Line 2 (If Applicable)** APT B

**City** CATONSVILLE **State** MD **Zip** 21228

**Telephone Number (Home)** ___-___-____

**Telephone Number (Cell)** 410-493-9405

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.) ericaa.wolf@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200039415

ALYSON FOX
1 ACORN LANE
APT L 10
SCARBOROUGH, ME 04074

THE GARDEN CITY GROUP, INC.
OCT - 7 2014

Consent Form Number: 1000395

Control Number: 0205662024

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Alyson Fox — Please print your name legibly

[signature] — Signature

8/27/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** FOX
**FIRST NAME (CLAIMANT)** ALYSON

**Address Line 1** 1 ACORN LANE

**Address Line 2 (If Applicable)** &

**City** SCARBOROUG
**State** ME
**Zip** 04074

**Telephone Number (Home)** - -
**Telephone Number (Cell)** 617-372-6352

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
alysnfx@hotmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309




UBO0200045138



SARAH GILLMARTEN
3814 FORT HILL DR
ALEXANDRIA, VA 22310






Consent Form Number: 1000452

Control Number: 1565316318

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

SARAH GILLMARTEN — Please print your name legibly

Sarah Gillmarten — Signature

8/30/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: GILLMARTEN
**FIRST NAME (CLAIMANT)**: SARAH

**Address Line 1**: 3814 FORT HILL DRIVE

**Address Line 2 (If Applicable)**:

**City**: ALEXANDRIA **State**: VA **Zip**: 22316

**Telephone Number (Home)**: 703-329-8857
**Telephone Number (Cell)**: 703-625-0472

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): S.GILLMARTEN@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200124096

MEDINILLA SOARES
107 N 2ND STREET
APT 1
HARRISON, NJ 07029

Consent Form Number: 1001241

Control Number: 2582017339

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Medinilla Soares — Please print your name legibly
[signature] — Signature
9/8/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

____________________

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): SOARES
FIRST NAME (CLAIMANT): MEDINILLA

Address Line 1: 107 N 2ND STREET

Address Line 2 (If Applicable):

City: HARRISON
State: NJ
Zip: 07029

Telephone Number (Home): ___-___-____
Telephone Number (Cell): 201-912-3931

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): MEDINILLA.SOARES@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815



McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200144951

MANDI WOUPES
199 LAUREL AVENUE
KEARNY, NJ 07032

Consent Form Number: 1001450

Control Number: 0222854608

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| Mandi Woupes | [signature] | 9/30/14 |
|---|---|---|
| Please print your name legibly | Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: Woupes
**FIRST NAME (CLAIMANT)**: Mandi

**Address Line 1**: 199 Laurel ave

**Address Line 2 (If Applicable)**:

**City**: Kearny **State**: NJ **Zip**: 07032

**Telephone Number (Home)**: 201-772-6592 **Telephone Number (Cell)**: - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): mwoupes@yahoo.com

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

LUKE BEST

Consent Form Number: 1000102

Control Number: 0170903089

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| /s/ LUKE BEST | 10/19/2014 |
|---|---|
| Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

MONICA GARZA

Consent Form Number: 1000439

Control Number: 0031372081

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ MONICA GARZA — Signature

10/19/2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

SINAT GIWA

Consent Form Number: 1000454

Control Number: 3032728658

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

| /s/ SINAT GIWA | 10/19/2014 |
|---|---|
| Signature | Date |

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO

UBO0200147570

JOSHUA ALLISON
4501 MIXSON AVE APT 104
N CHARLESTON, SC 29405 5105

The Garden City Group, Inc.
SEP 24 2014

Claim Number: 1000021

Control Number: 0814430884

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Joshua Allison
Please print your name legibly

[signature]
Signature

9/21/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): Allison
FIRST NAME (CLAIMANT): Joshua

Address Line 1: 15-A Village Dr

Address Line 2 (If Applicable):

City: Bluffton
State: SC
Zip: 29910

Telephone Number (Home): 843-214-2657
Telephone Number (Cell): - -

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): jallia08@comcast.net

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

THE GARDEN CITY GROUP INC.
SEP 9 2014

UBO0200086363

GARRETT MCGRAW
2515 SE 45TH ST.
TOPEKA, KS 66609

Consent Form Number: 1000864

Control Number: 0151474486

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

GARRETT McGRAW
Please print your name legibly

[signature]
Signature

8-29-2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** MCGRAW

**FIRST NAME (CLAIMANT)** GARRETT

**Address Line 1** 2515 SE 45th St.

**Address Line 2 (If Applicable)**

**City** TOPEKA **State** KS **Zip** 66609

**Telephone Number (Home)** 785-215-2383

**Telephone Number (Cell)** 785-215-2383

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

MCGRAW.GARRETT@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

THE GARDEN CITY GROUP INC.
OCT - 9 2014

UBO0200062016

SAVANNAH JOHNSON
1901 N HANCOCK ST
PHILADELPHIA, PA 19112

Consent Form Number: 1000621

Control Number: 0072417851

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Savannah Johnson — Please print your name legibly
[signature] — Signature
10/6/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** JOHNSON
**FIRST NAME (CLAIMANT)** SAVANNAH

**Address Line 1** 608 KIMBARK STREET

**Address Line 2 (If Applicable)**

**City** LONGMONT
**State** CO
**Zip** 80501

**Telephone Number (Home)** - -
**Telephone Number (Cell)** 410-963-4546

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
THE.SAVANNAH.LEE@GMAIL.COM

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200117112

MATTHEW SCHACHTEBECK
535 HADDON ROAD
OAKLAND, CA 94606

Consent Form Number: 1001172

Control Number: 1409618063

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Matt Schachtebeck
Please print your name legibly

Signature

08/29/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): SCHACHTEBECK
FIRST NAME (CLAIMANT): MATTHEW

Address Line 1: 535 HADDON ROAD

Address Line 2 (If Applicable):

City: OAKLAND
State: CA
Zip: 94606

Telephone Number (Home): 510-697-5552
Telephone Number (Cell): - -

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.): MATT.SCHACHTEBECK@GMAIL.COM

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200140489

GILLIAN WAY
6601 OLD SAUK RD
MADISON, WI 53705

Consent Form Number: 1001405

Control Number: 1120723018

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

GILLIAN WAY — Please print your name legibly

Gillian Way — Signature

08 · 24 · 2014 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** WAY

**FIRST NAME (CLAIMANT)** GILLIAN

**Address Line 1** 6601 OLD SAUK RD

**Address Line 2 (If Applicable)**

**City** MADISON **State** WI **Zip** 53705

**Telephone Number (Home)** ___-___-____

**Telephone Number (Cell)** 608-335-7120

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0210005571

COLE HIGGINBOTHAM
4937 HIGHLAND
KANSAS CITY, MO 64110

The Garden City Group, Inc. OCT 16 2014

Consent Form Number: 1000558

Control Number: 0717930900

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Cole Higginbotham | [signature] | 07/16/14
Please print your name legibly | Signature | Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

LAST NAME (CLAIMANT): HIGGINBOTHAM

FIRST NAME (CLAIMANT): COLE

Address Line 1: 4937 Highland AVE

Address Line 2 (If Applicable):

City: Kansas City

State: MO

Zip: 65712

Telephone Number (Home):

Telephone Number (Cell): 417-[illegible]-0399

Email Address: (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

[illegible]@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

ANTONELLA DURANTINE

Consent Form Number: 1000335

Control Number: 0097347130

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ ANTONELLA DURANTINE    10/20/2014
Signature    Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200081222

JEREMY MAJORS
193 OLD OAKEN BUCKET RD.
SCITUATE, MA 02066

Consent Form Number: 1000813

Control Number: 0243447859

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Jeremy Majors — Please print your name legibly

[signature] — Signature

10-13-14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)**: Majors
**FIRST NAME (CLAIMANT)**: Jeremy

**Address Line 1**: 193 Old Oaken Bucket rd.

**Address Line 2 (If Applicable)**:

**City**: Scituate **State**: MA **Zip**: 02066

**Telephone Number (Home)**: 505-414-9110
**Telephone Number (Cell)**: - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

jtm.majors@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

JENNIFER ZITO

Consent Form Number: 1001474

Control Number: 0060728472

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

/s/ JENNIFER ZITO — 10/20/2014
Signature — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200130692

ABIGAIL TAYLOR
100 WYCKOFF AVE
APT 4A
BROOKLYN, NY 11237

Consent Form Number: 1001307

Control Number: 0015865166

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

ABIGAIL TAYLOR
Please print your name legibly

[signature]
Signature

10/8/14
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** TAYLOR
**FIRST NAME (CLAIMANT)** ABIGAIL

**Address Line 1** 100 WYCKOFF AVE

**Address Line 2 (If Applicable)** APT 4A

**City** BROOKLYN **State** NY **Zip** 11237

**Telephone Number (Home)** 917-693-0034

**Telephone Number (Cell)** - -

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
ABIGAILROBINTAYLOR@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

**McEarchen et al. v. Urban Outfitters, Inc.**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1309**

UBO0200040773

BRITINI FREY
5332 MARICOPA DR
SIMI VALLEY, CA 93063

Consent Form Number: 1000408

Control Number: 0098487213

The Garden City Group, Inc.
SEP 26 2014

**CONSENT TO BECOME A PARTY TO A LAWSUIT**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Britini Frey
Please print your name legibly

[signature]
Signature

9/12/2014
Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

SELF

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** FREY

**FIRST NAME (CLAIMANT)** BRITINI

**Address Line 1** 5332 Maricopa Drive

**Address Line 2 (If Applicable)**

**City** Simi Valley **State** Ca **Zip** 93063

**Telephone Number (Home)** 805-657-3372

**Telephone Number (Cell)** 805-657-3372

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)
councilbeth@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO0200120701

MIA SHURDEN
1129 JUNIPER WAY
HUDSON, WI 54016

Consent Form Number: 1001208

Control Number: 0013753507

## CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Mia Shurden — Please print your name legibly

mia c. Shurden — Signature

10/15/14 — Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

**PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.**

**LAST NAME (CLAIMANT)** SHURDEN **FIRST NAME (CLAIMANT)** MIA

**Address Line 1** 330 WASHINGTON ST

**Address Line 2 (If Applicable)** UNIT B

**City** SANTA CRUZ **State** CA **Zip** 95060

**Telephone Number (Home)** ___-___-____ **Telephone Number (Cell)** 715-781-1257

**Email Address** (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.) mia.shurden@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-1815

McEarchen et al. v. Urban Outfitters, Inc.
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1309

UBO

UBO0200073656
STEPHANIE LEOGRANDE
PO BOX 342
MOUNT TABOR NJ 07878

THE GARDEN CITY GROUP INC
OCT 22 2014

Consent Form Number: 1000737
Control Number: 0054727615

CONSENT TO BECOME A PARTY TO A LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in this collective action pending against Defendant Urban Outfitters, Inc. I agree to be bound by any adjudication of this action by the Court whether favorable or unfavorable. I either hereby designate Plaintiffs' counsel to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement or I have retained separate counsel to represent me in the suit or will represent myself, as indicated below.

Stephanie Leogrande [signature] 10/20/14

Please print your name legibly Signature Date

Please indicate the name of your lawyer if you will be represented by separate counsel (or, if representing yourself, please indicate "SELF"):

Self

PLEASE FILL IN THE INFORMATION BELOW. THIS SECTION BELOW WILL NOT BE FILED WITH THE COURT.

LAST NAME (CLAIMANT): Leograndе

FIRST NAME (CLAIMANT): Stephanie

Address Line 1: P.O. Box 342

Address Line 2 (If Applicable):

City: Mount tabor

State: NJ

Zip: 078[illegible]

Telephone Number (Home):

Telephone Number (Cell): 201-274-4253

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim): stefleogrande@gmail.com

QUESTIONS? VISIT WWW.GCGINC.COM/CASES-INFO/URBANOUTFITTERS OR CALL TOLL FREE AT 1(800) 231-18[illegible]